**No. 10-6714. Bobby Banks, Petitioner v. United States.**

562 U.S. 1018, 131 S. Ct. 543, 178 L. Ed. 2d 398, 2010 U.S. LEXIS 8347.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 372 Fed. Appx. 664.